**No. 59845.**—Thornley & Pitt *v.* United States, protest 265291–K (San Francisco).

Opinion by JOHNSON, J. An examination of the record failing to disclose evidence sufficient to overcome the presumption of correctness attaching to the collector's action, the protest was overruled.

**No. 59846.**—Moscahlades Bros., Inc. *v.* United States, protest 271087–K (Los Angeles).

Opinion by JOHNSON, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 59847.**—Collins Engineering Co. *v.* United States, protest 275927–K (Los Angeles).

Opinion by JOHNSON, J. An examination of the record failing to disclose evidence sufficient to overcome the presumption of correctness attaching to the collector's action, the protest was overruled.

**No. 59848.**—Swift & Company et al. *v.* United States, protests 168091–K/2357, etc. (Chicago).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of beef or veal similar in all material respects to that the subject of *Swift & Company et al.* v. *United States* (33 Cust. Ct. 212, C. D. 1655), the claim of the plaintiffs was sustained.

**No. 59849.**—Swift & Co. *v.* United States, protests 172749–K, etc. (Buffalo).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of veal similar in all material respects to that the subject of *Swift & Company et al.* v. *United States* (33 Cust. Ct. 212, C. D. 1655), the claim of the plaintiff was sustained.